IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

**LACOSTA STEELE**

    **Movant,**

v.

    Case No.  1:22-cv-00444
    Case No.  1:21-cr-00187-02

**UNITED STATES OF AMERICA,**

    **Respondent.**

### MEMORANDUM OPINION AND ORDER SEALING EXHIBITS

Movant has filed documentation attaching exhibits in support of her Motion to Vacate, Set Aside or Correct Sentence under Section 2255. (ECF No. 91). The Court notes that the attached exhibits contain Movant's medical information. Due to the confidential nature of the personal health information contained in the exhibits, the Court **ORDERS** that the exhibits, (ECF No. 91-2), be sealed.

The undersigned is cognizant of the well-established Fourth Circuit precedent recognizing a presumption in favor of public access to judicial records. *Ashcraft v. Conoco, Inc.,* 218 F.3d 288 (4th Cir. 2000). As stated in *Ashcraft,* before sealing a document, the Court must follow a three-step process: (1) provide public notice of the request to seal; (2) consider less drastic alternatives to sealing the document; and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting alternatives. *Id.* at 302. In this case, the attached exhibits shall be sealed and will be designated as sealed on the Court's docket. The Court deems this sufficient notice to interested members of the public. The Court has considered less drastic

alternatives to sealing the documents, but in view of the nature of the information set forth in the documents—which is information generally protected from public release—alternatives to wholesale sealing are not feasible at this time. Accordingly, the Court finds that sealing the exhibits does not unduly prejudice the public's right to access court documents. Accordingly, the Clerk is **DIRECTED** to file the exhibits, (ECF No. 91-2) attached to Movant's documentation in support of her Motion under Section 2255 to Vacate, Set Aside, or Correct Sentence, under seal.

The Clerk is instructed to provide a copy of this Order to Movant and counsel of record.

**ENTERED**: February 24, 2023

Cheryl A. Eifert
United States Magistrate Judge